THE STATE OF OHIO, APPELLEE, *v.* WEBB, APPELLANT.

[Cite as *State v. Webb* (1999), 85 Ohio St.3d 365.]

---

366

(No. 98–1682—Submitted December 15, 1998—Decided April 28, 1999.)

*Donald W. White,* Clermont County Prosecuting Attorney, and *David Henry Hoffmann,* Assistant Prosecuting Attorney, for appellee.

*Keith A. Yeazel,* for appellant.

*Per Curiam.* For the reasons stated in the court of appeals' Entry Denying Application for Reopening, we affirm the judgment of the court of appeals.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.